**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTURO MORALES,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-01652 --- JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On April 28, 2016, the Court ordered Plaintiff to show cause why the matter should not be dismissed for his failure to serve the summons and complaint, the failure to comply with Court orders and the failure to prosecute this action. (Doc. 14)  Plaintiff has now responded and explained that a "miscommunication" between counsel and Mr. Morales has delayed service. Id at 1.  This miscommunication is not explained but counsel reports service will occur no later than May 14, 2016 Id.  Thus, the Court **ORDERS**,

///
///
///
///
///
///

1

1. The order to show cause is **DISCHARGED**. Plaintiff is advised that further failures to comply with the Court's order or his failure to make service as promised (Doc. 15 at 1) will result in the Court dismissing the action without further notice to him.

IT IS SO ORDERED.

    Dated:   **May 12, 2016**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE