# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO MORALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-1652 JLT<br><br>ORDER GRANTING MOTION TO STRIKE<br>(Doc. 19) |

At the scheduling conference, counsel for the plaintiff indicated on the record that the plaintiff has no opposition to the motion to strike (Doc. 19). Thus, the Court **VACATES** the scheduled hearing and **GRANTS** the motion.

**I.  Analysis**

It is well-settled that in an action brought under 42 USC § 1983, municipal entities may not be held liable for punitive damages. In City of Newport v. Facts Concert, Inc., 453 U.S. 247 (1981), the Court held,

> In sum, we find that considerations of history and policy do not support exposing a municipality to punitive damages for the bad-faith actions of its officials. Because absolute immunity from such damages obtained at common law and was undisturbed by the 42d Congress, and because that immunity is compatible with both the purposes of § 1983 and general principles of public policy, we hold that a municipality is immune from punitive damages under 42 U.S.C. § 1983.

Id. at 271.  Likewise, California Government Code § 818 makes municipalities immune from an

1

1 award of punitive damages as to state law claims. This section reads, "Notwithstanding any other provision of law, a public entity is not liable for damages awarded under Section 3294 of the Civil Code or other damages imposed primarily for the sake of example and by way of punishing the defendant."

Thus, good cause appearing, the motion to strike the request for punitive damages against the City of Bakersfield is **GRANTED**. All references to a claim for punitive damages in the second amended complaint (Doc. 7) against the City of Bakersfield are **STRICKEN**.

IT IS SO ORDERED.

Dated:   **June 23, 2016**                     **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE